THE PEOPLE OF THE STATE OF NEW YORK ex rel. PUBLIC SERVICE COMMISSION OF STATE OF NEW YORK, Respondent, *v.* NEW YORK TELEPHONE COMPANY et al., Appellants, and HOTEL ROOSEVELT, INC., et al., Respondents.

Argued January 13, 1942; decided March 5, 1942.

*Edward L. Blackman, Ralph W. Brown, Edward F. Snydstrup, Stephen H. Fletcher* and *Charles T. Russell* for New York Telephone Company, appellant.

*Bertram L. Kraus* for Bowman-Biltmore Hotels Corporation, appellant.

804

*Francis G. Hoyt* for Southworth Management Corporation, appellant.

*David Barnett* for New Yorker Hotel Corporation, *amicus curiæ*.

*Charles J. Campbell* for New York State Hotel Association, *amicus curiæ*.

*Gay H. Brown* and *John T. Ryan* for Public Service Commission, respondent.

Order affirmed, with one bill of costs to the respondent Public Service Commission. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.